**Denied and Opinion Filed December 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01449-CV

### IN RE JEFFREY ARTHUR LIPSCOMB, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04599-E**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Schenck
Opinion by Justice Francis

Before the Court is relator's one-page "writ of habeas corpus" in which relator complains that this Court dismissed three prior civil appeals. As the party seeking relief, the relator has the burden of providing the Court with a sufficient record to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rules 52.3 and 52.7 require the relator to provide "a certified or sworn copy" of certain documents, including any order complained of, any other document showing the matter complained of, and every document that is material to the relator's claim for relief that was filed in any underlying proceeding. TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). To obtain habeas corpus relief, the relator must also provide proof that he is currently being restrained. TEX. R. APP. P. 52.3(k)(1)(D).

Relator's one-page filing includes no request for relief and none of the documents required by rules 52.3 and 52.7. Relator has failed to meet his burden and is not entitled to habeas corpus relief.

Accordingly, we deny relator's December 3, 2018 petition for writ of habeas corpus.


/Molly Francis/
MOLLY FRANCIS
JUSTICE


181449F.P05